*E-FILED - 7/6/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILSON CALLOWAY,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | No. C 07-02335 RMW (PR)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS<br><br>(Docket No. 67) |

Plaintiff has filed a request for an extension of time in which to file his opposition to defendants' motion to dismiss. The court concludes that plaintiff has shown good cause for such extension. Accordingly, plaintiff's request for an extension of time is GRANTED. Plaintiff shall file his opposition, and serve a copy on defendants' counsel, **within thirty (30) days** from the date this order is filed. Defendants shall file a reply brief no later than **fifteen (15) days** after the date plaintiff's opposition is filed.

IT IS SO ORDERED.

DATED: 7/2/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Plaintiff's Motion for Extension of time to File Opposition to Defendants' Motion to Dismiss
P:\PRO-SE\SJ.Rmw\CR.07\Calloway335.EOT-Opp.wpd