***E-FILED - 6/29/10***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILSON CALLOWAY,<br><br>      Plaintiff,<br>  v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND<br>REHABILITATION, et al.,<br><br>      Defendants. | No. C 07-2335 RMW (PR)<br><br>JUDGMENT |

    The court has granted summary judgment in favor of the defendant.  Judgment is entered in favor of defendant and against plaintiff.  The clerk shall close the file.

    IT IS SO ORDERED.

DATED: __6/29/10__

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.07\Calloway335jud.wpd